**Shirley N. WASHINGTON,**
**Plaintiff–Appellant,**

v.

**MONTGOMERY COUNTY PUBLIC SCHOOL; Montgomery County Board of Education, Defendants–Appellees.**

No. 07–1457.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2007.

Decided: Oct. 15, 2007.

Shirley N. Washington, Appellant Pro Se. Sharon Veronica Burrell, County Attorney's Office, Rockville, Maryland, for Appellees.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley N. Washington appeals the district court's order granting summary judgment to defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Washington v. Montgomery County*, No. 8:04–cv–04002–PJM (D. Md. filed Apr. 5, 2007 & entered Apr. 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*